UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

JOSE SANCHEZ-VALENCIA,

                    Defendant.

CASE NO. CR22-063-TL

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with Conspiracy to distribute controlled substances, and illegal use of a communication facility. If convicted of count one, he faces mandatory term of ten years of imprisonment. Defendant was arrested in the Southern District of California. The Court received no verified information about Defendant's residence, employment, ties to the community or health. Defendant has been arrested or charged with criminal offenses on numerous occasions and has convictions for drug related offenses, assault, receiving stolen property, and immigration

DETENTION ORDER - 1

related matters. The Court finds Defendant has failed to overcome the rebuttable presumption that he is poses a risk of flight and a danger to the community.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 18th day of February, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2